```
SHERQUTHA NICOLE HORN         LVNV FUNDING LLC              SYNCB
4 COUNTY RD 3711              ATTN: BANKRUPT                ATTN: BANKRUPTCY DEPT
HEIDELBERG, MS 39439          PO BOX 1269                   P.O. BOX 965065
                              GREENVILLE, SC 29602          ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.        NAVY FCU                      US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY              US DEPT OF JUSTICE
P.O. BOX 13767                PO BOX 3302                   950 PENNSYLVANIA AVENW
JACKSON, MS 39236             MERRIFIELD, VA 22119          WASHINGTON, DC 20530-00


21ST MORTGAGE CORP            NAVY FEDERAL CU
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
620 MARKET STREET             P.O.BOX 3000
KNOXVILLE, TN 37902           MERRIFIELD, VA 22119


AARONS                        NAVY FEDERAL CU
1906 MS-15 N                  ATTN: BANKRUPTCY
LAUREL, MS 39440              P.O. BOX 3000
                              MERRIFIELD, VA 22119


ARTHUR STURDABANT             NELNET
PO BOX 669                    PO BOX 82561
WAYNESBORO, MS 39367          LINCOLN, NE 68501


CONSUMER PORTFOLIO            ONEMAIN
ATTN: BANKRUPTCY              PO BOX 1010
PO BOX 57071                  EVANSVILLE, IN 47706
IRVINE, CA 92619


FIRST PREMIER BANK            REPUBLIC FINANCE
3820 N LOUISE AVE             1600 HWY 15 N, STE 300
SIOUX FALLS, SD 57107         LAUREL, MS 39440


INTERNAL REVENUE SERVI        SERVICE FINANCE COM
CENTRALIZED INSOLVENCY        ATTN: BANKRUPTCY
P.O. BOX 7346                 555 SOUTH FEDERAL HWY
PHILADELPHIA, PA 19101-7346   BOCA RATON, FL 33432


INTERNAL REVENUE SERVI        SOUTH CENTRA REGIONAL
C/O US ATTORNEY               1220JEFFERSON ST.
501 EAST COURT ST             LAUREL, MS 39440
STE 4.430
JACKSON, MS 39201
```