United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51609-KMS
Sherqutha Nicole Horn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 22, 2025     Form ID: n031     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherqutha Nicole Horn, 4 County Rd 3711, Heidelberg, MS 39439 |
| 5581685 | | Aarons, 1906 MS-15 N, Laurel, MS 39440 |
| 5581686 | + | Arthur Sturdabant, PO Box 669, Waynesboro, MS 39367-0669 |
| 5581698 | + | Service Finance Com, Attn: Bankruptcy, 555 South Federal Hwy, Boca Raton, FL 33432-5505 |
| 5581699 | + | South Centra Regional, 1220Jefferson St., Laurel, MS 39440-4374 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5581684 | | Email/Text: ebn@21stmortgage.com | Dec 22 2025 19:31:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5581687 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 22 2025 19:31:00 | Consumer Portfolio Services, Inc., Po Box 57071, Irvine, CA 92619-7071 |
| 5581688 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2025 19:34:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5581690 | + | Email/Text: ebone.woods@usdoj.gov | Dec 22 2025 19:31:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5581689 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2025 19:31:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5581691 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2025 19:34:38 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5581692 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 22 2025 19:31:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5581693 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 22 2025 19:31:00 | Navy Federal CU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5595031 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 22 2025 19:31:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 5581695 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 22 2025 19:31:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5590280 | + | Email/PDF: cbp@omf.com | Dec 22 2025 19:34:41 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5581696 | + | Email/PDF: cbp@omf.com | Dec 22 2025 19:34:41 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5592126 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2025 19:31:00 | Premier Bankcard, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5595837 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2025 19:31:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: n031 | Total Noticed: 24 |

| Recip ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Kirkland, WA 98083-0788 |
| 5581697 | | Email/Text: bankruptcy@republicfinance.com | Dec 22 2025 19:31:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5602766 | | Email/Text: bankruptcy@republicfinance.com | Dec 22 2025 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5581700 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2025 19:34:37 | Syncb, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5589955 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 22 2025 19:31:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln NE 68508-1904 |
| 5581701 | ^ | MEBN | Dec 22 2025 19:26:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5581694 | *+ | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Sherqutha Nicole Horn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sherqutha Nicole Horn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51609−KMS
**Chapter:** 13

**In re:**

Sherqutha Nicole Horn
aka Sherqutha Horn, fka Sherqutha McKenzie
4 County Rd 3711
Heidelberg, MS 39439

Notice of Entry of Order Confirming Plan

The Court entered an Order on December 22, 2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 22, 2025

Danny L. Miller, Clerk of Court