_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 15, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING
   SHERQUTHA NICOLE HORN                     25-51609 KMS
   4 County Rd 3711
   Heidelberg, MS  39439                           SSN:  XXX-XX-1986

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   SOUTH CENTRAL REGIONAL MED CTR
   ATTN:  PAYROLL DEPT
   1220 JEFFERSON STREET
   LAUREL, MS  39440

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net