United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-51609-KMS

Sherqutha Nicole Horn                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: mssbad          Page 1 of 3

Date Rcvd: Jan 15, 2026          Form ID: ntcds13v          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherqutha Nicole Horn, 4 County Rd 3711, Heidelberg, MS 39439 |
| 5581685 | | Aarons, 1906 MS-15 N, Laurel, MS 39440 |
| 5581686 | + | Arthur Sturdabant, PO Box 669, Waynesboro, MS 39367-0669 |
| 5581698 | + | Service Finance Com, Attn: Bankruptcy, 555 South Federal Hwy, Boca Raton, FL 33432-5505 |
| 5581699 | + | South Centra Regional, 1220Jefferson St., Laurel, MS 39440-4374 |
| 5605960 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5605974 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5581684 | | Email/Text: ebn@21stmortgage.com | Jan 15 2026 19:19:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5581687 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 15 2026 19:19:00 | Consumer Portfolio Services, Inc., Po Box 57071, Irvine, CA 92619-7071 |
| 5581688 | + | EDI: AMINFOFP.COM | Jan 16 2026 00:21:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5581690 | + | Email/Text: ebone.woods@usdoj.gov | Jan 15 2026 19:19:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5581689 | | EDI: IRS.COM | Jan 16 2026 00:21:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5581691 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 19:31:07 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5581692 | + | EDI: NFCU.COM | Jan 16 2026 00:21:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5581693 | + | EDI: NFCU.COM | Jan 16 2026 00:21:00 | Navy Federal CU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5595031 | + | EDI: NFCU.COM | Jan 16 2026 00:21:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 5581695 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 15 2026 19:19:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5590280 | + | EDI: AGFINANCE.COM | Jan 16 2026 00:21:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5581696 | + | EDI: AGFINANCE.COM | Jan 16 2026 00:21:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5592126 | + | EDI: JEFFERSONCAP.COM | Jan 16 2026 00:21:00 | Premier Bankcard, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5595837 | | EDI: Q3G.COM | | |

District/off: 0538-6       User: mssbad       Page 2 of 3

Date Rcvd: Jan 15, 2026       Form ID: ntcds13v       Total Noticed: 27

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 16 2026 00:21:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5581697 | | Email/Text: bankruptcy@republicfinance.com | Jan 15 2026 19:19:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5602766 | | Email/Text: bankruptcy@republicfinance.com | Jan 15 2026 19:19:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5607328 | | Email/Text: bankruptcy@bbandt.com | Jan 15 2026 19:19:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5581700 | + | EDI: SYNC | Jan 16 2026 00:21:00 | Syncb, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5589955 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 15 2026 19:19:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln NE 68508-1911 |
| 5581701 | ^ | MEBN | Jan 15 2026 19:18:14 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5581694 | *+ | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| James E. Graves, III | on behalf of Defendant US Department of Education james.graves@usdoj.gov karlotta.banks@usdoj.gov;Ebone.Woods@usdoj.gov;CaseView.ECF@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Sherqutha Nicole Horn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sherqutha Nicole Horn trollins@therollinsfirm.com |

District/off: 0538-6                          User: mssbad                                    Page 3 of 3
Date Rcvd: Jan 15, 2026                       Form ID: ntcds13v                               Total Noticed: 27

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.:  25−51609−KMS
Chapter:  13

In re:

Sherqutha Nicole Horn
aka Sherqutha Horn, fka Sherqutha
McKenzie
4 County Rd 3711
Heidelberg, MS 39439

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−1986

Employer Tax Identification No(s). (if any):

---

### Notice of Dismissal

You are hereby notified that on January 14, 2026, <u>Sherqutha Nicole Horn</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 20). On January 15, 2026, the court entered an *ex parte* order (Dkt. # 21) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 1/15/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790